UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Robert Joseph Janis** <br> **Plaintiff,** <br><br> vs. <br><br> **Emmaus Homes, Inc.** <br> **Defendant,** | ) <br> ) <br> )    Case No. 4:22-cv-00038- UNA <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On January 11, 2022, due to electronic case opening, the above numbered case was inadvertently opened in error.   Therefore, this case will be administratively closed.

Case No. 4:22-cv-00038- UNA is hereby administratively closed.

Dated this 12th day of January, 2022.

                                            GREGORY J. LINHARES,
                                            CLERK OF COURT

                                            By: /s/Michele Crayton
                                                   Court Services Manager